# Order

Michigan Supreme Court
Lansing, Michigan

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130385

ROBERT J. WILLIAMS, KARLA WILLIAMS,
MATTHEW GOODMAN, AMY GOODMAN,
THOMAS FOOT, JACQUELINE FOOT,
WILLIAM BIGELOW, MARGO BIGELOW,
CARL QUALMANN, MARGE QUALMANN,
CALVIN ROBERTSON, VIRGINIA
ROBERTSON, ROGER HOWARD, NANCY
HOWARD, JOHN F. MILLS, and
KATHLEEN A. MILLS,
          Plaintiffs-Appellants,

v

                                 SC: 130385
                                 COA: 263366

CITY OF TROY and KEN FREUND, d/b/a
FREUND & ASSOCIATES,
          Defendants-Appellees.
                                 Oakland CC: 2003-049527-CH

_____/

      On order of the Court, the application for leave to appeal the December 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

d0619